# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                          CASE NO.: **22-mj-5087-RES**

**RONALD DEAN BOWER,**             **FILED UNDER SEAL**

    Defendant.

### MOTION TO SEAL COMPLAINT, AFFIDAVIT, and WARRANT

APPEAR NOW the United States of America, by and through Jared S. Maag, Assistant United States Attorney for the District of Kansas, and move this Court for an Order sealing the Complaint, Affidavit, and Warrant in this case, and further sealing the instant Motion and ensuing Order of the Court against everyone except attorneys and employees of the Office of the United States Attorney and Special Agents and Task Force Officers of the Federal Bureau of Investigation, and other officers assisting the FBI, until further Order of this Court.

In support of this motion, the government declares that unless the aforementioned documents are sealed, it will permanently jeopardize an ongoing

1

criminal investigation and further impede law enforcement's ability to safely arrest the defendant named herein.

WHEREFORE, the government requests that the Complaint, Affidavit, Warrant, and this Motion and Order, be sealed against everyone except attorneys and employees of the Office of the United States Attorney and Special Agents and Task Force Officers of the FBI, and other officers assisting the FBI, until further order of the Court.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

By:    /s/ *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853