# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                    CASE NO.   22-mj-5087-RES

RONALD DEAN BOWER,

      Defendant.

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

APPEAR NOW the United States of America, by and through Jared S. Maag, Assistant United States Attorney, and informs the Court that the above-named defendant was arrested on November 11, 2022, by federal law enforcement authorities.

WHEREFORE, the government respectfully moves this Court for an Order unsealing the Complaint in this matter but the Affidavit will remain under seal.

1

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

By:    /s/ *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov