# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                     CASE NO. <u>22-mj-5087-RES</u>

RONALD DEAN BOWER,

      Defendant.

## ORDER
### Re: GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

NOW on this 16th day of November, 2022, the above-entitled matter comes before the Court upon Motion by the United States to unseal the Complaint herein, but the Affidavit will remain sealed.  The Court, being duly advised in the matter, finds that the government's Motion should be granted.

It is hereby ORDERED that the Complaint in the above-entitled matter be unsealed and the Affidavit remain sealed.

1

IT IS SO ORDERED.

                                      /s/ Rachel E. Schwartz
                                      RACHEL E. SCHWARTZ
                                      United States Magistrate Judge